UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-91-1FL(3)

UNITED STATES OF AMERICA

v.

MART STAGGS, JR.

ORDER TO SEAL

On motion of Defendant Mart Staggs, Jr. made through his defense counsel Carl Ivarsson, for good cause shown, it is hereby ORDERED that the documents referenced in the Motion to Seal namely defense counsel affidavits, copies of cover letters and copies of checks regarding settlement of restitution claims be sealed until further notice by this Court.

SO ORDERED this __12th__ day of August, 2015.

_____
Louise W. Flanagan
United States District Judge Presiding